UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SAID NASSOR,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cr-86-EGS<br><br>**FILED UNDER SEAL** |

**WAIVER OF SPEEDY TRIAL**

Comes now the Defendant, SAID NASSOR, and, through counsel SCOTT J KRISCHKE, executes this Waiver of a Speedy Trial, pursuant to 18 U.S.C. §3161, et seq., tolling the speedy trial clock to allow for this matter to be heard for a change of plea hearing on August 26, 2026. He further states to the Court that he has been advised by counsel and understands that the statute, commonly known as the Speedy Trial Act, provides time limits to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage; that ordinarily a trial is scheduled to start not less than thirty (30) days from the date when the defendant first appeared with counsel or more than seventy (70) days from the time the defendant entered a plea of not guilty; and that certain periods of delay would be excluded from calculating the seventy (70) day limitation.

Mr. Nassor has authorized Counsel to toll speedy trial time *nunc pro tunc* to August 5, 2026 through to August 26. Mr. Nassor and the Government have agreed to the terms of his guilty plea agreement and the parties fully expect to proceed with the change of plea on August 26. Therefore it is in Mr. Nassor's interests and the interests of justice to toll time to allow him to enter into the agreement to dispose of this case. He further acknowledges that this waiver means that the speedy trial clock will be tolled between **August 5, 2026 and August 26, 2026** for the purposes stated herein.

RECEIVED
AUG 07 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WHEREFORE, Mr. NASSOR requests that the aforementioned time be excluded from the speedy trial clock to allow him to return to court to enter his plea.

A. J. KRAMER
Federal Defender, District of Columbia

BY:
/s/
SCOTT J KRISCHKE, #5015771 (NY)
Assistant Federal Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC
Telephone: (202) 208-7500
Fax: (202) 208-7515
E-mail: Scott_Krischke@fd.org

ATTORNEY FOR DEFENDANT