Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: CF 26-086-01 (EGS)
)
SAID NASSOR )
)
)

## WAIVER OF INDICTMENT

I, SAID NASSOR, the above-named defendant, who is accused of

Conspiracy to Commit Health Care Fraud, in violation of 18 U.S. Code § 1349.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 26, 2026 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before: ______________________
EMMET G. SULLIVAN
United States District Judge

Date: 08/26/2026