CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: CR 26-086-01 (EGS)
)
SAID NASSOR )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Defendant

Counsel for Defendant

I consent:

Assistant United States attorney

Approved:

Date: 08/26/26

EMMET G. SULLIVAN

United States District Judge